UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA J. NOLAN,<br><br>　　　　　Plaintiff,<br>v.<br>CAVALRY PORTFOLIO SERVICES, et al.,<br><br>　　　　　Defendants. | Civil No. 06cv703 L (NLS)<br><br>**ORDER DENYING JOINT MOTION/STIPULATION TO EXTEND DEADLINES IN THE SCHEDULING ORDER**<br><br>[Doc. No. 31] |

　　The Court has reviewed the parties' joint motion/stipulation to extend deadlines in the September 22, 2006 Scheduling Order. Having considered the parties' stated reasons and the timing of the request, the Court **DENIES** the joint motion/stipulation to extend the deadlines.

　　**IT IS SO ORDERED.**

DATED: April 27, 2007

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court